UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CR-0355-EJD |
| Plaintiff, | [PROPOSED] ORDER DISMISSING COUNT FOUR AS TO DEFENDANT JUAN SANDOVAL |
| v. | |
| JUAN SANDOVAL, | |
| Defendant. | |

Based on the motion of the United States (Dkt. 1132), the Court hereby dismisses Count Four of the above-captioned Second Superseding Indictment as to defendant Juan Sandoval.

IT IS SO ORDERED.

Dated: November __4__, 2021

HONORABLE EDWARD J. DAVILA

ORDER DISMISSING COUNT FOUR
11-CR-0355-EJD